IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                    No. 4:13CR00029 SWW

TIMOTHY RYAN BODKIN                                                  DEFENDANT

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States motion for final order of forfeiture (Dkt. 24). On September 25, 2013, this Court entered a Preliminary Order of Forfeiture (Dkt. 20), ordering defendant to forfeit his interest in a Toshiba Laptop Computer, Serial Number 6A199111Q ("property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 23). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on September 26, 2013 and ending on October 25, 2013. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States.

It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law.  This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

     IT IS SO ORDERED this 19th day of December 2013.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE